Form:defch7

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
111 First Street
Bay City, MI 48708

Case No.: 18–20962–dob
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Terry Lee Lintern
   aka Terry L Lintern, aka Terry Lintern
   1001 Broadway St Apt 2
   Bay City, MI 48708–7895

Social Security No.:
   xxx–xx–3389

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

| | |
|---|---|
| ☐ Application for Individuals to Pay the Filing Fee in Installments | ☐ Schedule E/F |
| ☐ Bankruptcy Petition Preparers Notice, Declaration and Signature | ☐ Schedule G |
| ☑ Chapter 7 Statement of Your Current Monthly Income Form 122A–1 | ☐ Schedule H |
| ☐ Credit Counseling Certificate | ☐ Schedule I |
| ☐ Credit Counseling Certificate – Joint Debtor | ☐ Schedule J |
| ☑ Declaration About an Individual Debtor(s) Schedules | ☐ Schedule J–2 |
| ☐ Declaration under Penalty of Perjury for Non–Individual Debtors | ☑ Schedule A–J |
| ☐ Declaration under Penalty of Perjury for Debtor(s) without an Attorney | ☑ Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P.2016(b) |
| ☐ Initial Statement About an Eviction Judgment Against You | ☑ Statement of Financial Affairs |
| ☐ Schedule A/B | ☐ Statement Regarding Authority to Sign and File Petition (Business Only) |
| ☐ Schedule C – Debtor | ☑ Summary of Assets and Liabilities |
| ☐ Schedule C – Joint Debtor | ☐ Tax ID |
| ☐ Schedule D | |

The missing document(s) must be filed on or before **5/29/18**.

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 5/14/18

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court