UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:                                                 Chapter 7

    Terry Lee Lintern,                    Case No. 18-20962

            Debtor
_____/

## ORDER GRANTING APPLICATION
## TO HAVE THE CHAPTER 7 FILING FEE WAIVED

After considering the Debtor's *Application to Have the Chapter 7 Filing Fee Waived*

(Dkt. No. 3), IT IS HEREBY ORDERED that the application is GRANTED.

**Signed on May 29, 2018**



                                                         /s/ Daniel S. Opperman
                                                         **Daniel S. Opperman**
                                                         **United States Bankruptcy Judge**