# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# BAY CITY DIVISION

**In The Matter Of:**                    **In Bankruptcy:**

TERRY LEE LINTERN                  Case No. 18-20962-DSO
                                                  Chapter 7
           Debtor(s).          /         Hon. DANIEL S. OPPERMAN

## **CERTIFICATE OF DISTRIBUTION**

       Daniel C. Himmelspach, Trustee of the above-named estate, hereby states the following:

       1.     That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

       2.     That the Trustee has collected $17,291.57 and disbursed $7,986.04, leaving a balance on hand of $9,305.53, which funds are deposited in an account at Green Bank;

       3.     That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---:|---:|---:|
| Daniel C. Himmelspach, Trustee Fee | $1,687.92 | 100.00 | $1,687.92 |
| Daniel C. Himmelspach, Trustee Expense | $85.57 | 100.00 | $85.57 |
| Daniel C. Himmelspach Attorney for Trustee Fees | $3,080.00 | 100.00 | $3,080.00 |
| | | **Subtotal:** | **$4,853.49** |

| Unsecured Claims | | Amount Allowed | % Paid | Amount Paid |
|---|---|---:|---:|---:|
| 1 | Sagelink Credit Union | $20,137.30 | 22.11 | $4,452.04 |
| | | | **Subtotal:** | **$4,452.04** |

**Total: $9,305.53**

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: November 14, 2018

/s/ DANIEL C. HIMMELSPACH
P31950
Daniel C. Himmelspach, Chapter 7 Trustee
PO Box 5856
3064 Boardwalk
Saginaw, MI 48603
Phone: (989) 790-0400
E-mail: trusteehimmelspach@gmail.com